# Aldridge Pite, LLP

40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

October 12, 2017

Honorable Robert E Grossman
United States Bankruptcy Court
Alfonse M D`Amato U.S. Courthouse 290 Federal Plaza
Central Islip, NY 11722

**Re:**        **VANESSA PUGH, AKA VANESSA D PUGH, AKA VANESSA PUGH-REEFER**
**Creditor:**   **Wells Fargo Bank N.A.**
**Case:**      **17-74413**

Dear Judge Robert E Grossman,

     Our office represents Wells Fargo Bank N.A. for the loss mitigation in this case. The loan modification was denied September 12th, 2017, and our office advised the Debtor's attorney of the decision. The Debtor has appealed their decision; our client has provided the appeal to their underwriter for review, and is following up every 3-5 days to provide a decision. The last follow up was October 10th, 2017. Once the decision has been reached, a status report will be filed and we will advise Debtor's counsel immediately.

     Thank you for your time and consideration.

                                                      Respectfully,

                                                    /s/ Jenelle C. Arnold
                                                    Jenelle C. Arnold, Esq.