# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

November 22, 2017

Honorable Robert E Grossman
United States Bankruptcy Court
Alfonse M D`Amato U.S. Courthouse 290 Federal Plaza
Central Islip, NY 11722

**Re:**        **VANESSA PUGH, AKA VANESSA D. PUGH, AKA VANESSA PUGH-REEFER**
**Creditor:**   **Wells Fargo Bank N.A.**
**Case:**      **17-74413**

Dear Judge Robert E Grossman,

     Our office represents Wells Fargo Bank N.A. for the loss mitigation in this case. Undersigned counsel is in the process of going over the appeal with Creditor, and will have an updated status letter prior to the hearing.

     Thank you for your time and consideration.

                                                                    Respectfully,

                                                           /s/ Jenelle C. Arnold
                                                            Jenelle C. Arnold, Esq.