# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

January 9, 2018

Honorable Robert E Grossman
United States Bankruptcy Court
Alfonse M D`Amato U.S. Courthouse 290 Federal Plaza
Central Islip, NY 11722

**Re:**      **VANESSA PUGH, AKA VANESSA D PUGH, AKA VANESSA PUGH-REEFER**
**Creditor:**      **Wells Fargo Bank N.A.**
**Case:**      **17-74413**

Dear Judge Robert E Grossman,

       Our office represents Wells Fargo Bank N.A. for the loss mitigation in this case. The Debtor appealed the denial decision. Wells Fargo reviewed the Appeal, and on January 2, 2018 issued the results of their review, which was provided to counsel for the Debtor on January 9, 2018. Wells Fargo determined that the Debtor still does not qualify for a loan modification. The Debtor is approved to participate in a short sale.

       In regard to the original denial, the basis for the denial was that the loan was deemed affordable. In regard to the Borrowers, they are cashflowed at $12,006 per month and when borrower income is over $5,000 per month, the target HTI for a 1st lien is 38% and 45% for a 2nd lien. In this case, the borrowers Housing-to-Income Ratio (HTI) is 20.5% on the 1st lien when considering both liens combined HTI was 25.92%. Because both loans HTI are below target, the loan is deemed affordable. In the event the HTI was not an issue, the Borrowers would still have to overcome the negative NPV. Our office obtained the NPV outputs today, and have attached a copy hereto.

       Thank you for your time and consideration.

                                                                  Respectfully,

                                                         /s/ Jenelle C. Arnold
                                                         Jenelle C. Arnold, Esq.

| | In put Data Field Customer Data | |
|---|---|---|
| 1 | Current Borrower Credit Score | 499 |
| 2 | Current Co-borrower Credit Score | NA |
| 3 | Monthly Gross Income | $12,006 |
| 4 | Principal Residence Total Housing Expense | $2,472.87 |
| 5 | Property - State | NY |
| 6 | Property - Zip Code | 11729 |
| 7 | Property Value | $260,000.00 |
| 8 | Property Valuation Type | Exterior Broker Price Opinion (BPO) / Appraisal (as is value) |
| 9 | Occupancy | 1 |
| 10 | Property- Monthly Gross Rental Income | NA |
| 11 | Data Collection Date | 8/29/2017 |
| 12 | Imminent Default Flag | N |
| 13 | Investor Code | 3 |
| 14 | Unpaid Principal Balance at Origination | $282,400 |
| 15 | First Payment Date at Origination | 8/1/2006 |
| 16 | Product Before Modification | Step Rate |
| 17 | Adjustable Rate Mortgage (ARM) Reset Date | NA |
| 18 | Next Adjustable Rate Mortgage (ARM) Reset | NA |
| 19 | Unpaid Principal Balance Before Modification | $335,062.39 |
| 20 | Interest Rate Before Modification | 5.00% |
| 21 | Remaining Term (# of Payment Months remaining) | 226 |
| 22 | Principal and Interest Payment Before Modification | $1,831.22 |
| 23 | Monthly Real Estate Taxes | $572.23 |
| 24 | Monthly Hazard and Flood Insurance | $69.42 |
| 25 | Homeowners Association Dues/Fees | NA |
| 26 | Months Past Due | 76 |
| 27 | Mortgage Insurance Coverage Percent | NA |
| 28 | Capitalized UPDB Amount | $317,993.20 |
| 29 | NPV Date | 8/29/2017 |
| 30 | Modification Fees | $0.00 |
| 31 | Mortgage Insurance Partial Claim Amount of the Proposed Modification | NA |
| 32 | Principal and Interest Payment of the Proposed Modification | $1,567.20 |
| 33 | Unpaid Principal Balance of the Proposed Modification (Net of Forbearance and Principal Reduction) | $317,993.20 |

| | | |
|---|---|---|
| 34 | Principal Forgiveness Amount of the Proposed Modification | $0.00 |
| 35 | Interest Rate of the Proposed Modification | 3.13% |
| 36 | Amortization Term of the Proposed Modification | 289 |
| 37 | Principal Forbearance Amount of the Proposed Modification | $74,179.33 |
| 38 | Investor Override for Modification | NA |